# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ALLEN RICHARD,

Plaintiff,

v.

BRUCE FOX, et al.,

Defendants.

Case No. 1:26-cv-08277-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

(ECF No. 2)

**TWENTY-ONE-DAY DEADLINE**

Plaintiff Christopher Allen Richard, who is proceeding *pro se*, filed a complaint on October 9, 2026. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Upon review, the Court cannot determine from the information provided in the application whether Plaintiff is entitled to proceed in this action without prepayment of fees.

Therefore, Plaintiff shall complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. The Court ADVISES Plaintiff to fill out the form to the best of his ability, answering the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge